955 A.2d 351

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Herbert J. BLAKENEY, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Extraordinary Relief and/or Writ of Mandamus is **DENIED.**

955 A.2d 351

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Edward BENNETT, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 20, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2008, the Petition for Leave to File Nunc Pro Tunc is DENIED.